UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSE R. TORRES ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973) 815-0075

In Re:
Wendily Jimenez , Debtor (s)

Case No.:    23-13752

Chapter:    13

Judge:    Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I,  <u>Jazlyn Urena</u>    :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for <u>Jose R. Torres,Esq.</u>: who represents <u>Wendily Jimenez</u> in this matter.

☐ am the _____ in this case and am representing myself.

2. On  <u>May 16, 2023</u>  I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

X  Chapter 13 Plan

☐ Other _____

_____

3.    I certify under penalty of perjury that the above documents were sent using the mode of
service indicated.

Date:    <u>5/16/2023</u>            <u>/s/Jazlyn Urena</u>
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Affirm Inc<br>650 California St<br>Fl 12<br>San Francisco, CA<br>94108 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br><small>(As authorized by the court or rule. Cite the rule if applicable.)</small> |
| Afni, Inc.<br>Po Box 3097<br>Bloomington, IL<br>61702 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br><small>(As authorized by the court or rule. Cite the rule if applicable.)</small> |
| Aldous<br>4625 South 2300<br>East Suite 207<br>Holladay, UT<br>84117 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br><small>(As authorized by the court or rule. Cite the rule if applicable.)</small> |
| American Express<br>PO Box 96001<br>Los Angeles, CA<br>90096 - 8000 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br><small>(As authorized by the court or rule. Cite the rule if applicable.)</small> |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| AT&T<br>208 S. Akard St<br>Dallas, TX 75202 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Barclays<br>P.O BOX 13337<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Capital One Auto Finan<br>Po Box 259407<br>Plano, TX 75025 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One Bank USA<br>15000 Capital One Drive<br>Richmond, VA 23238 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Capital one/ Hyat<br>Hyat & Landau<br>2 Industrial Way<br>W # 8<br>Eatontown, NJ<br>07724 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Citi Bank<br>P.O BOX 140310<br>Toledo, OH 43614 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Syncb/Walmar<br>Po Box 965024<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD<br>57117 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Verizon Wireless<br>Po Box 650051<br>Dallas, TX 75265 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Wells Fargo Bank Nv Na<br>Po Box 94435<br>Albuquerque, NM 87199 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Duvera Fin<br>1959 Palomar Oaks<br>Way Ste 340, Dba<br>Duver<br>Carlsbad, CA 92011 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Joshua T. Mc Namara- Hayt<br>Hayt & Landau<br>2 Industrial Way<br>West P.O BOX 500<br>Eatontown, NJ 07724 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Kenneth J. LeChard, Court Officer<br>P.O BOX 270<br>Chatham, NJ 07928 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| M&T Bank<br>1 Fountain Plz<br>Buffalo, NY 14203 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Macys/Cbna<br>Po Box 8218<br>Mason, OH 45040 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Navy Federal Cr Union<br>Po Box 3700<br>Merrifield, VA 22119 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| NJ Ez-pass<br>P.O. Box 52003<br>Newark, NJ 07101 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Snap On Credit Llc<br>Po Box 506<br>Gurnee, IL 60031 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/ Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Syncb/Amazon<br>Po Box 965015<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br><br>X  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Syncb/Ppc<br>Po Box 530975<br>Orlando, FL 32896 | Creditor | ☐ Hand-delivered<br><br>X Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee CN 4853<br>Trenton, NJ 08650−4853 | U.S Trustee | ☐ Hand-delivered<br><br>  Regular mail<br><br>☐ Certified mail/Return receipt requested<br><br>☒ Other _Electronically_____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
|  |  |  |