Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13752−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendily Jimenez
   aka Wendily R Jimenez− Angeles
   452 Baker Place
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−4401

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:       7/5/23
Time:      10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 16, 2023
JAN: gan

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13752-CMG |
| Wendily Jimenez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: 132 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendily Jimenez, 452 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519906006 | + | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519906014 | + | Capital one/ Hyat Hyat & Landau, 2 Industrial Way W # 8, Eatontown, NJ 07724-2265 |
| 519906018 | + | Joshua T. Mc Namara- Hayt Hayt & Landau, 2 Industrial Way West P.O BOX 500, Eatontown, NJ 07724-0500 |
| 519906019 | + | Kenneth J. LeChard, Court Officer, P.O BOX 270, Chatham, NJ 07928-0270 |
| 519906023 | + | NJ Ez-pass, P.O. Box 52003, Newark, NJ 07101-8203 |
| 519906024 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit Llc, Po Box 506, Gurnee, IL 60031 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519906008 | + | Email/Text: g20956@att.com | May 16 2023 20:49:00 | AT&T, 208 S. Akard St, Dallas, TX 75202-4206 |
| 519906004 | + | Email/Text: backoffice@affirm.com | May 16 2023 20:49:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519906005 | + | Email/Text: EBNProcessing@afni.com | May 16 2023 20:49:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 519906006 | ^ | MEBN | May 16 2023 20:43:27 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519906007 | | Email/PDF: bncnotices@becket-lee.com | May 16 2023 20:54:18 | American Express, PO Box 96001, Los Angeles, CA 90096 - 8000 |
| 519906009 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2023 20:49:00 | Barclays, P.O BOX 13337, Philadelphia, PA 19101-3337 |
| 519906010 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2023 20:49:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519906013 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 21:05:54 | Capital One Bank USA, 15000 Capital One Drive, Richmond, VA 23238 |
| 519906011 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 20:54:55 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519906012 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | May 16 2023 20:54:16 | Capital One Auto Finan, Po Box 259407, Plano, TX 75025-9407 |
| 519909074 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2023 | Form ID: 132 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | May 16 2023 21:06:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519915828 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 16 2023 20:54:19 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519906015 | + | Email/Text: BAN140310@UCBINC.COM | May 16 2023 20:48:00 | Citi Bank, P.O BOX 140310, Toledo, OH 43614-0310 |
| 519906016 | + | Email/Text: operationsclerk@easypayfinance.com | May 16 2023 20:48:00 | Duvera Fin, 1959 Palomar Oaks Way Ste 340, Dba Duver, Carlsbad, CA 92011-1314 |
| 519906017 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 16 2023 21:06:29 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519906020 | | Email/Text: camanagement@mtb.com | May 16 2023 20:49:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519906021 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 20:54:55 | Macys/Cbna, Po Box 8218, Mason, OH 45040-8218 |
| 519906022 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 16 2023 20:49:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519915813 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 16 2023 20:49:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519915824 | | Email/Text: legalservices12@snaponcredit.com | May 16 2023 20:49:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 519906026 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 20:53:58 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519906027 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 20:55:16 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519906028 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2023 21:06:23 | Syncb/Walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 519906029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 21:06:17 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519906308 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 16 2023 20:54:05 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519906030 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 16 2023 20:47:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 519906031 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 16 2023 21:16:46 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519906025 | *P++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit LLC, P.O BOX 506, Gurnee, IL 60031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 16, 2023 | Form ID: 132 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Debtor Wendily Jimenez jrt@torreslegal.com  3754@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4