Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−13752−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wendily Jimenez
   aka Wendily R Jimenez− Angeles
   452 Baker Place
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−4401

Employer's Tax I.D. No.:

---

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 5/16/2023 and a confirmation hearing on such Plan has been scheduled for 7/19/2023 at 10:00 AM.

The debtor filed a Modified Plan on 7/18/2023 and a confirmation hearing on the Modified Plan is scheduled for 9/6/2023 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 18, 2023
JAN: gan

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-13752-CMG

Wendily Jimenez  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Jul 18, 2023  Form ID: 186  Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendily Jimenez, 452 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519906014 | + | Capital one/ Hyat Hyat & Landau, 2 Industrial Way W # 8, Eatontown, NJ 07724-2265 |
| 519906018 | + | Joshua T. Mc Namara- Hayt Hayt & Landau, 2 Industrial Way West P.O BOX 500, Eatontown, NJ 07724-0500 |
| 519906019 | + | Kenneth J. LeChard, Court Officer, P.O BOX 270, Chatham, NJ 07928-0270 |
| 519906023 | + | NJ Ez-pass, P.O. Box 52003, Newark, NJ 07101-8203 |
| 519906024 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit Llc, Po Box 506, Gurnee, IL 60031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 18 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 18 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519906008 | + | Email/Text: g20956@att.com | Jul 18 2023 21:05:00 | AT&T, 208 S. Akard St, Dallas, TX 75202-4206 |
| 519906004 | + | Email/Text: backoffice@affirm.com | Jul 18 2023 21:05:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519906005 | + | Email/Text: EBNProcessing@afni.com | Jul 18 2023 21:05:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 519906006 | ^ | MEBN | Jul 18 2023 20:59:46 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519906007 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:24:52 | American Express, PO Box 96001, Los Angeles, CA 90096 - 8000 |
| 519937545 | | Email/PDF: bncnotices@becket-lee.com | Jul 18 2023 21:14:42 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519906009 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2023 21:05:00 | Barclays, P.O BOX 13337, Philadelphia, PA 19101-3337 |
| 519906010 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2023 21:05:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519906013 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 21:03:53 | Capital One Bank USA, 15000 Capital One Drive, Richmond, VA 23238 |
| 519906011 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2023 21:03:04 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519906012 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 18 2023 21:03:58 | Capital One Auto Finan, Po Box 259407, Plano, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | TX 75025-9407 |
| 519909074 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:02:28 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519915828 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 18 2023 21:14:26 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519943203 | + Email/PDF: ebn_ais@aisinfo.com | Jul 18 2023 21:14:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519906015 | + Email/Text: BAN140310@UCBINC.COM | Jul 18 2023 21:04:00 | Citi Bank, P.O BOX 140310, Toledo, OH 43614-0310 |
| 519960804 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:34 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519906016 | + Email/Text: operationsclerk@easypayfinance.com | Jul 18 2023 21:04:00 | Duvera Fin, 1959 Palomar Oaks Way Ste 340, Dba Duver, Carlsbad, CA 92011-1314 |
| 519906017 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 18 2023 21:03:13 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519967390 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 18 2023 21:05:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519948756 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2023 21:03:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519935466 | Email/Text: camanagement@mtb.com | Jul 18 2023 21:05:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 519906020 | Email/Text: camanagement@mtb.com | Jul 18 2023 21:05:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519906021 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:34 | Macys/Cbna, Po Box 8218, Mason, OH 45040-8218 |
| 519943701 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 18 2023 21:04:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519906022 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2023 21:05:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519915813 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jul 18 2023 21:05:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519947983 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2023 21:14:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519915824 | Email/Text: legalservices12@snaponcredit.com | Jul 18 2023 21:04:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 519906026 | + Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 21:14:30 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519906027 | + Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 21:14:17 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519906028 | + Email/PDF: gecsedi@recoverycorp.com | Jul 18 2023 21:14:28 | Syncb/Walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 519906029 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2023 21:14:19 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519906308 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 18 2023 21:03:53 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519959282 | + Email/PDF: ebn_ais@aisinfo.com | Jul 18 2023 21:14:22 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519906030 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 18 2023 21:04:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 519906031 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com |  |  |

| | | |
|---|---|---|
| | Jul 18 2023 21:03:04 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519906025 | *P++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit LLC, P.O BOX 506, Gurnee, IL 60031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Debtor Wendily Jimenez jrt@torreslegal.com 3754@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4