Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−13752−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Wendily R. Jimenez−Angeles
  452 Baker Place
  Perth Amboy, NJ 08861

Social Security No.:
  xxx−xx−4401

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 11, 2023.

Dated: September 11, 2023
JAN: dmi

　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13752-CMG |
| Wendily R. Jimenez-Angeles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 11, 2023 | Form ID: plncf13 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendily R. Jimenez-Angeles, 452 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519906014 | + | Capital one/ Hyat Hyat & Landau, 2 Industrial Way W # 8, Eatontown, NJ 07724-2265 |
| 519906018 | + | Joshua T. Mc Namara- Hayt Hayt & Landau, 2 Industrial Way West P.O BOX 500, Eatontown, NJ 07724-0500 |
| 519906019 | + | Kenneth J. LeChard, Court Officer, P.O BOX 270, Chatham, NJ 07928-0270 |
| 519906023 | + | NJ Ez-pass, P.O. Box 52003, Newark, NJ 07101-8203 |
| 519906024 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit Llc, Po Box 506, Gurnee, IL 60031 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 11 2023 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 11 2023 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519906008 | + | Email/Text: g20956@att.com | Sep 11 2023 20:48:00 | AT&T, 208 S. Akard St, Dallas, TX 75202-4206 |
| 519906004 | + | Email/Text: backoffice@affirm.com | Sep 11 2023 20:48:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 519906005 | + | Email/Text: EBNProcessing@afni.com | Sep 11 2023 20:48:00 | Afni, Inc., Po Box 3097, Bloomington, IL 61702-3097 |
| 519906006 | ^ | MEBN | Sep 11 2023 20:30:01 | Aldous, 4625 South 2300 East Suite 207, Holladay, UT 84117-4582 |
| 519906007 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2023 20:43:32 | American Express, PO Box 96001, Los Angeles, CA 90096 - 8000 |
| 519937545 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2023 20:44:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519906009 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 11 2023 20:47:00 | Barclays, P.O BOX 13337, Philadelphia, PA 19101-3337 |
| 519906010 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 11 2023 20:47:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 519906013 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2023 20:43:31 | Capital One Bank USA, 15000 Capital One Drive, Richmond, VA 23238 |
| 519906011 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 11 2023 20:43:30 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519906012 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 11 2023 20:56:27 | Capital One Auto Finan, Po Box 259407, Plano, |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | TX 75025-9407 |
| 519909074 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2023 20:56:25 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519915828 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 11 2023 20:57:13 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519943203 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2023 20:44:04 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519906015 | + | Email/Text: BAN140310@UCBINC.COM | Sep 11 2023 20:47:00 | Citi Bank, P.O BOX 140310, Toledo, OH 43614-0310 |
| 519960804 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 21:26:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519906016 | + | Email/Text: operationsclerk@easypayfinance.com | Sep 11 2023 20:46:00 | Duvera Fin, 1959 Palomar Oaks Way Ste 340, Dba Duver, Carlsbad, CA 92011-1314 |
| 519906017 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 11 2023 20:44:04 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519967390 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 11 2023 20:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519948756 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 11 2023 20:43:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519935466 | | Email/Text: camanagement@mtb.com | Sep 11 2023 20:47:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |
| 519906020 | | Email/Text: camanagement@mtb.com | Sep 11 2023 20:47:00 | M&T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 519906021 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:44:47 | Macys/Cbna, Po Box 8218, Mason, OH 45040-8218 |
| 519943701 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2023 20:46:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 519906022 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2023 20:48:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 519915813 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 11 2023 20:48:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519947983 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 11 2023 20:44:46 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519915824 | | Email/Text: legalservices12@snaponcredit.com | Sep 11 2023 20:47:00 | Snap-on Credit LLC, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 519906026 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2023 20:44:02 | Syncb/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519906027 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2023 20:57:16 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 519906028 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 11 2023 21:26:35 | Syncb/Walmar, Po Box 965024, Orlando, FL 32896-5024 |
| 519906029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 11 2023 20:57:05 | Thd/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519906308 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 11 2023 20:44:48 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519959282 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 11 2023 20:56:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519906030 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 11 2023 20:46:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 519906031 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

Case 23-13752-CMG    Doc 38    Filed 09/13/23    Entered 09/14/23 00:14:40    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 11, 2023 | Form ID: plncf13 | Total Noticed: 44 |

Sep 11 2023 20:44:46   Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519906025 | *P++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339, address filed with court:, Snap on Credit LLC, P.O BOX 506, Gurnee, IL 60031 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jose R. Torres | on behalf of Debtor Wendily R. Jimenez-Angeles jrt@torreslegal.com  3754@notices.nextchapterbk.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4