| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-13752 / CMG**

Wendily R. Jimenez-Angeles

Petition Filed Date: 05/01/2023
341 Hearing Date: 06/01/2023
Confirmation Date: 07/19/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2023 | $850.00 | | 07/05/2023 | $850.00 | | 08/07/2023 | $850.00 | |
| 09/08/2023 | $850.00 | | 10/10/2023 | $850.00 | | 11/08/2023 | $850.00 | |
| 12/11/2023 | $1,850.00 | | 01/09/2024 | $1,850.00 | | | | |

**Total Receipts for the Period:  $8,800.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wendily R. Jimenez-Angeles | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Jose R. Torres<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»»  P/452 BAKER PLACE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $479.48 | $0.00 | $479.48 |
| 3 | Snap-On Credit, LLC | Secured Creditors | $14,064.97 | $771.02 | $13,293.95 |
| 4 | CAPITAL ONE AUTO FINANCE<br>»»  2020 ACURA MDX | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | M&T BANK<br>»»  P/452 BAKER PLACE/1ST MTG/ORDER 7/5/23 | Mortgage Arrears | $3,522.17 | $193.08 | $3,329.09 |
| 6 | AMERICAN EXPRESS | Unsecured Creditors | $5,347.20 | $0.00 | $5,347.20 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $912.12 | $0.00 | $912.12 |
| 8 | NEW JERSEY TURNPIKE AUTHORITY<br>»»  UNPAID TOLLS & ADM CLAIMS | Unsecured Creditors | $1,485.40 | $0.00 | $1,485.40 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BARCLAYS/JET BLUE | Unsecured Creditors | $1,893.97 | $0.00 | $1,893.97 |
| 10 | LVNV FUNDING LLC<br>»»  SYNCHRONY/AMAZON | Unsecured Creditors | $1,100.72 | $0.00 | $1,100.72 |
| 11 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,900.37 | $0.00 | $1,900.37 |
| 12 | CITIBANK, N.A.<br>»»  HOME DEPOT | Unsecured Creditors | $7,819.63 | $0.00 | $7,819.63 |
| 13 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY/PAY PAL | Unsecured Creditors | $1,500.50 | $0.00 | $1,500.50 |

**Chapter 13 Case No. 23-13752 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,800.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $4,714.10 | Current Monthly Payment: | $1,850.00 |
| Paid to Trustee: | $693.00 | Arrearages: | $0.00 |
| Funds on Hand: | $3,392.90 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

