TORRES LEGAL LAW FIRM
JOSE R. TORRES, ESQ
129 PROSPECT STREET
PASSAIC, NJ 07055
(973)815-0075

Attorney for the Debtor(s)

|  |  |
|---|---|
| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| , | Case No.: 23-13752 |
|  | **CERTIFICATION IN SUPPORT OF DISCHARGE** |
| Wendily Jimenez-Angeles    Debtor |  |

I, Wendily Jimenez-Angeles upon my oath according to law, hereby certify as follows:

1. My current address is:
   452 Baker Place
   Perth Amboy, NJ 08861

2. The name and address of my current employer is
   Benner's Auto Body
   606 S Ave E
   Cranford, NJ 07016

3. __X__ I am not required to pay any Domestic Support Obligations,
   or
   _____ I am required to pay Domestic Support Obligations and I have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification,
   or
   _____ I am required to pay Domestic Support Obligations but I have not paid all the amounts due under Court Order or Statute as of the date of this certification.

4. __X__ I have completed a Financial Management Instructional Course, as approved under 11 U.S.C. Section 111, the Certification of Completion of that Course is attached,
   or
   _____ I have not completed a Financial Management Instructional Course, as approved under 11 U.S.C. Section 111, because the Court has determined that I am unable to complete this requirement because of incapacity, disability, or active military duty in a military combat zone in accordance with 11 U.S.C. Section 1328(g)(2), the Order establishing this determination is attached,
   or

    _____ I have not completed a Financial Management Instructional Course, as approved under 11 U.S.C. Section 111, because the United States Trustee for the District of New Jersey has issued a waiver of this requirement in accordance with 11 U.S.C. Section 1328(g)(2), the Waiver is attached.

5.    \_\_\_**X**\_\_\_\_\_ I am not subject to a restriction on exemptions or discharge pursuant to 11 U.S.C. Section 522(q), a copy of which was provided to me with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

BY: /s/ Wendily Jimenez-Angeles

DATED: 1/22/2025